[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-15312
Non-Argument Calendar
_____

D.C. Docket No. 0:11-cv-61745-KAM


CYRUS VANCE,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,
FCC COLEMAN - MEDIUM WARDEN,

Respondents-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 6, 2012)

Before PRYOR, FAY, and EDMONDSON, Circuit Judges.

PER CURIAM:

Cyrus Vance, a federal prisoner, appeals pro se the denial of his petition for

a writ of habeas corpus.  28 U.S.C. § 2241.  The government argues, and Vance concedes, that the district court lacked subject-matter jurisdiction to entertain the petition because "[s]ection 2241 petitions may be brought only in the district court for the district in which the inmate is incarcerated." Fernandez v. United States, 941 F.2d 1488, 1495 (11th Cir. 1991).  The district court lacked jurisdiction over Vance's petition because Vance is not incarcerated in that district.  We vacate the order that denied Vance's petition and remand with instructions to dismiss Vance's petition for lack of jurisdiction.

**VACATED AND REMANDED WITH INSTRUCTIONS.**